CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 20 2010

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTHONY HALL, | ) | Civil Action No. 7:10-cv-00393 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEEN MOUNTAIN CORR. CTR., et al., | ) | By: Hon. James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's requests for a temporary restraining order are **DENIED**.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 20th day of October, 2010.

_____
Senior United States District Judge