CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 3 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTHONY HALL, <br> Plaintiff, | ) ) ) | Civil Action No. 7:10-cv-00393 |
| v. | ) ) ) | **ORDER** |
| MR. HOPKINS, et al., <br> Defendants. | ) ) | By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the Keen Mountain Correctional Center, the Virginia Department of Corrections, and the Health Services Provider's Keen Mountain Correctional Center are **TERMINATED** as defendants to this action, pursuant to 28 U.S.C. § 1915A(b)(1), and the caption shall be **UPDATED** accordingly.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This 3rd day of December, 2010.

/s/ James C. Turk
Senior United States District Judge