CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 05 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTHONY HALL, | ) | Case No.: 7:10-cv-00393 |
| Plaintiff, | ) | **ORDER** |
| v. | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| MR. HOPKINS, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on Defendant Lt. Cox's Motion for Summary Judgment (ECF No. 42). For the reasons discussed in the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that Defendant Lt. Cox's Motion for Summary Judgment is **GRANTED** and the claim against him is **DISMISSED WITH PREJUDICE.**

The Clerk of Court is directed to terminate Lt. Cox as a defendant in this action, and transmit copies of this Order and accompanying Memorandum Opinion to the Plaintiff and all counsel of record.

**IT IS SO ORDERED.**

ENTER: this 5th day of December, 2011.

*/s/ James C. Turk*
Senior United States District Judge