CLERK'S OFFICE U.S. DIST. COURT
FILED

JAN 09 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **ANTHONY HALL,** | ) | **Case No.: 7:10-cv-00393** |
| | ) | |
| Plaintiff, | ) | **FINAL ORDER** |
| | ) | |
| v. | ) | **By: James C. Turk** |
| | ) | **Senior United States District Judge** |
| **MR. HOPKINS,** *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with the accompanying Memorandum Opinion, it is hereby

### ADJUDGED AND ORDERED

that Defendants' Gerard T. Hopkins, Deborah Ball, Mavis Boyd, Carey Hawks, Wanda Shelton, and Eugene Whited's Motion for Summary Judgment (ECF No. 51) is **GRANTED**.  To the extent that the Plaintiff's complaint may be construed to raise a claim for medical malpractice, that claim is **DISMISSED WITHOUT PREJUDICE.**

This Order terminating all remaining Defendants in the case, the Clerk of Court is directed to strike the case from the active docket of this Court and to send a copy of this Order and accompanying memorandum opinion to Plaintiff and all counsel of record.

**IT IS SO ORDERED.**

ENTER: this _4th_ day of January, 2012.

_James C. Turk_
Senior United States District Judge