CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 09 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Elliott
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ANTHONY HALL, | ) | Case No.: 7:10-cv-00393 |
| Plaintiff, | ) | **FINAL ORDER** |
| v. | ) | By: James C. Turk |
| MR. HOPKINS, *et al.*, | ) | Senior United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that Defendants' Gerard T. Hopkins, Deborah Ball, Mavis Boyd, Carey Hawks, Wanda Shelton, and Eugene Whited's Motion for Summary Judgment (ECF No. 51) is **GRANTED**. To the extent that the Plaintiff's complaint may be construed to raise a claim for medical malpractice, that claim is **DISMISSED WITHOUT PREJUDICE.**

This Order terminating all remaining Defendants in the case, the Clerk of Court is directed to strike the case from the active docket of this Court and to send a copy of this Order and accompanying memorandum opinion to Plaintiff and all counsel of record.

**IT IS SO ORDERED.**

ENTER: this 9th day of January, 2012.

/s/ James C. Turk
Senior United States District Judge